IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JERIMIAH WILSON PLAINTIFF

v. Case No. 6:26-cv-6081

DEXTER PAYNE (ADC Director);
WALTER WHITE (ADC Omega Unit Warden);
ROBERTSON (ADC Omega Unit Treatment
Center); and EMILY VINYARD DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation (ECF No. 16) filed September 24, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with Court orders and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 16), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto.* This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge